April 16, 2010

Ms. Macey Reasoner Stokes
Baker & Botts L.L.P.
910 Louisiana Street, One Shell Plaza
Houston, TX 77002-4995
Mr. Eric G. Walraven
Underwood, Perkins & Ralston, P.C.
5420 LBJ Freeway, Suite 1900
Dallas, TX 75240

RE: Case Number: 08-0529
 Court of Appeals Number: 13-06-00539-CV
 Trial Court Number: 03CV051

Style: THE JOHN G. AND MARIE STELLA KENEDY MEMORIAL FOUNDATION
 v.
 ANN M. FERNANDEZ

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. The Unopposed
Motion to Expedite is dismissed as moot. If you would like the opinion by
email, please contact Claudia Jenks at claudia.jenks@courts.state.tx.us or
call (512)463-1312 ext. 41367. (Justice O'Neill and Justice Guzman not
sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Veronica Vela |
| |Ms. Dorian E. Ramirez |
| |Ms. Jacqueline M. |
| |Stroh |
| |Mr. J. A. (Tony) |
| |Canales |
| |Mr. Stephen Jody |
| |Helman |
| |Ms. Mary Taylor |
| |Henderson |
| |Mr. John Sjoberg |
| |Mr. Shannon H. Ratliff|
| | |
| |Mr. Bruce V. Griffiths|